

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LOUISIANA ACORN FAIR HOUSING, INC. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NUMBER 00-0445 |
| | * | |
| THOMAS WATKINS | * | SECTION "T" (4) |

* * * * * * * * * * * * * * * * * * * *

**UNOPPOSED MOTION AND ORDER TO CONTINUE PRELIMINARY CONFERENCE**

ON MOTION of E. Ross Buckley, Jr., attorney for defendant, Thomas Watkins, and on suggesting to the Court that a preliminary conference has been scheduled for May 9, 2000 at 10:30 a.m.; and on suggesting that counsel for defendant herein will be out of town and unavailable for the conference and that no one else in this office is familiar with the case; and on suggesting that this is defendant's first request for a continuance of a preliminary conference; and on further suggesting that Alexandra Mora, counsel for plaintiff, has been consulted and has expressed no opposition to the filing of this Motion to Continue Preliminary Conference; and on further suggesting that this Honorable Court issue a minute entry/Order rescheduling the preliminary conference to a time when all counsel of record are available to participate.

CONSIDERING THE FOREGOING, IT IS ORDERED that the preliminary

DATE OF ENTRY

MAY 0 3 2000



conference of this matter presently scheduled for May 9, 2000 at 10:30 a.m. be and is hereby continued, to be reset for the 23rd day of May 2000 at 11:00 am o'clock. by telephone before the courtroom deputy.

New Orleans, Louisiana, this 1st day of May, 2000.

_____
JUDGE

Respectfully submitted,

_____
E. ROSS BUCKLEY, JR.     #3627
BUCKLEY & HAYES, L.L.P.
1010 Common Street
Suite 2500
New Orleans, Louisiana  70112
Telephone: (504) 523-5100
Attorney for defendant, Thomas Watkins

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been served on counsel for all parties by placing same in the U.S. Mail, postage prepaid and properly addressed on the 24 day of April, 2000.

_____
E. ROSS BUCKLEY, JR.