UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LOUISIANA ACORN FAIR  　　　　　　　　　CIVIL ACTION
HOUSING, INC.

VERSUS 　　　　　　　　　　　　　　　　　NO: 00-0445

THOMAS WATKINS 　　　　　　　　　　　　　SECTION: "S" (4)

　　**IT IS ORDERED** that the parties contact Magistrate Judge Karen Wells Roby within 10 days for the purpose of conducting a settlement conference. Settlement conference must be held before pre-trial.

　　New Orleans, Louisiana this 24th day of May, 2000.

　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　**MARY ANN VIAL LEMMON**
　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

DATE OF ENTRY
MAY 2 5 2000