

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 SEP 12 PM 2: 43

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LOUISIANA ACORN FAIR HOUSING, INC. | * | CIVIL ACTION NUMBER 00-0445 |
| | * | SECTION "S" (5) |
| VERSUS | * | |
| | * | |
| THOMAS M. WATKINS | * | JUDGE MARY ANN VIAL LEMMON |
| | * | |
| | * | MAGISTRATE ALMA L. CHASEZ |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION FOR LEAVE TO FILE REPLY TO LA-AFH'S MEMORANDUM IN OPPOSITION TO THOMAS WATKINS' MOTION FOR SUMMARY JUDGMENT**

NOW INTO COURT, through undersigned counsel, comes defendant, Thomas M. Watkins, who respectfully requests that he be allowed to respond to the Opposition Memorandum filed on behalf of Louisiana ACORN Fair Housing, Inc. (LA-AFH).  Mr. Watkins believes that there are statements made therein that are incorrect and that must be addressed.  A copy of this Motion and

DATE OF ENTRY

SEP 1 4 2000

Fee_____
Process_____
X   Dktd   /6
✓   CtRmDep
Doc.No. /2

the Reply Memorandum were sent to opposing counsel on September 12, 2000.

                              Respectfully submitted,


                              _____
                              E. ROSS BUCKLEY, JR.    #3627
                              BUCKLEY & HAYES, L.L.P.
                              1010 Common Street, Ste. 2500
                              New Orleans, LA 70112
                              Telephone: (504) 523-5100
                              Fax: (504) 523-5698
                              Attorney for defendant,
                              Thomas M. Watkins

                         **ORDER**

    CONSIDERING THE FOREGOING, IT IS ORDERED that defendant, Thomas M. Watkins, may file the attached Reply Memorandum.

    New Orleans, Louisiana, this _13_ day of _September_, 2000.


                              _____
                                   JUDGE


                **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing pleading has been served on counsel for all parties by placing same in the United States mail, properly addressed and postage prepaid on the _12_ day of _Sept._, 2000.


                              _____
                              E. ROSS BUCKLEY, JR.