```
           FILED
     U.S. DISTRICT COURT
   EASTERN DISTRICT OF LA

      2000 SEP 20  PM 4: 33

         LORETTA G. WHYTE
              CLERK
```

**MINUTE ENTRY**
**ROBY, M.J.**
**September 20, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LOUISIANA ACORN FAIR HOUSING, INC.** | **CIVIL ACTION** |
| **VERSUS** | **NO:  00-0445** |
| **THOMAS WATKINS** | **SECTION: "S" (4)** |

The Settlement Conference (**doc. #7**) scheduled for **October 20, 2000**, before the undersigned Magistrate Judge is **CANCELED** due to the plaintiff's request to proceed before Magistrate Judge Shushan in all related cases pending before the Court.

KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
SEP 2 1 2000

___Fee_____
___Process____
X_/Dktd_/9
_/_CtRmDep____
Doc.No._18