

MINUTE ENTRY
SHUSHAN, M.J.
OCTOBER 10, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LOUISIANA ACORN FAIR HOUSING, INC. | CIVIL ACTION |
| versus | NUMBER  00-0445 |
| THOMAS WATKINS | SECTION  "S" (4) |

Following discussions among the parties, the above-captioned case has settled. The U.S. District Judge's chambers have been notified. Counsel and the parties are thanked for their cooperation in amicably resolving this matter.

_____
SALLY SHUSHAN
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
OCT 1 1 2000